THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JACOB T. WILFONG, individually; and DONAMARIE N. WILFONG and DONALD J. WILFONG, individually and the marital community composed thereof,<br><br>Plaintiffs,<br><br>v.<br><br>LYFT, INC., a foreign corporation; LYFT, INC., d/b/a Lyft Washington, Inc., a foreign corporation; ABDIRAZACK A. JAMMA and JANE DOE JAMMA, individually and the marital community composed thereof; and ABDULKADIR A. OMAR and JANE DOE OMAR,<br><br>Defendants. | No.: 2:24-cv-00418-RSM<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT LYFT, INC. TO ANSWER PLAINTIFF'S COMPLAINT<br><br>NOTED ON THE MOTION CALENDAR: APRIL 18, 2024 |

Plaintiffs Jacob T. Wilfong, Donamarie N. Wilfong, and Donald J. Wilfong and Defendant Lyft, Inc. hereby stipulate and agree that Defendant Lyft, Inc. may have until May 1, 2024 to answer or otherwise respond to Plaintiff's Complaint. Plaintiffs and Defendant Lyft, Inc. further agree that, in extending this deadline, neither Plaintiffs nor Defendant Lyft, Inc. waive any right, claim, or defense to this action.

STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT LYFT, INC. TO ANSWER COMPLAINT
NO.: 2:24-CV-00418-RSM

PAGE 1

Bullivant|Houser|Bailey PC
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

DATED: April 22, 2024

        BULLIVANT HOUSER BAILEY PC

By  */s/ Evelyn E. Winters*
  Evelyn E. Winters, WSBA #44936
  E-mail: evelyn.winters@bullivant.com
  Vanessa G. Aaron, WSBA #60826
  E-mail: vanessa.aaron@bullivant.com

Attorneys for Defendants Lyft, Inc., a foreign corporation, and Lyft, Inc., d/b/a Lyft Washington, Inc., a foreign corporation

DAVIS LAW GROUP, P.S.

By  */s/ Courtney K. Hansen (per email authorization)*
  Christopher M. Davis, WSBA No. 23234
  Courtney K. Hansen, WSBA No. 43872
  chris@davislawgroupseattle.com
  courtney@davislawgroupseattle.com

Attorneys for Plaintiffs

STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT LYFT, INC. TO ANSWER COMPLAINT
NO.: 2:24-CV-00418-RSM   PAGE 2

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

**ORDER**

Based on the above stipulation, it is hereby ORDERED that the requested extension is granted. Defendant Lyft, Inc. may have until May 1, 2024, to plead in response to the Complaint.

DATED this 22nd day of April, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

4856-9487-1990.1