THE HONORABLE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JACOB T. WILFONG, individually; and DONAMARIE N. WILFONG and DONALD J. WILFONG, individually and the marital community composed thereof,<br><br>Plaintiffs,<br><br>v.<br><br>LYFT, INC., a foreign corporation; LYFT, INC., d/b/a Lyft Washington, Inc., a foreign corporation; ABDIRAZACK A. JAMMA and JANE DOE JAMMA, individually and the marital community composed thereof; and ABDULKADIR A. OMAR and JANE DOE OMAR,<br><br>Defendants. | No.: 2:24-cv-00418-RSM<br><br>STIPULATED MOTION TO CONTINUE INITIAL DISCOVERY DEADLINES<br><br>Noted on Motion Calendar:<br>April 30, 2024 |

## STIPULATION

Plaintiffs Jacob T. Wilfong, Donamarie N. Wilfong and Donald J. Wilfong, and Defendants Lyft, Inc., a foreign corporation, and Lyft, Inc., d/b/a Lyft Washington, Inc., and Abdirazack A. Jamma and Jane Doe Jamma (collectively, the "Parties") respectfully request a short extension of the initial discovery deadlines in this lawsuit.[1] The parties held their FRCP

---

[1] Defendants Abdulkadir A. Omar and Jane Doe Omar have not appeared in the case yet.

STIPULATED MOTION TO CONTINUE INITIAL DISCOVERY DEADLINES
NO.: 2:24-CV-00418-RSM

PAGE 1

MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon 97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

26(f) conference on April 23, 2024. Defendant Lyft, Inc. has made a special appearance and participated in that conference and in this Stipulation without wavier of, and expressly preserving, its right to compel arbitration with Plaintiffs pursuant to the Lyft's Terms of Service. In the FRCP 26 conference, Plaintiffs agreed to provide some information on Plaintiffs' claimed damages and the parties agreed to attempt early case resolution and settlement discussions before incurring the expense of formal discovery.

Accordingly, the Parties believe that there is good cause under Federal Rule of Civil Procedure 6(b) and Local Civil Rule 10(g) for a continuance of the initial discovery deadlines.

The Parties, through their counsel request and stipulate to the following proposed extensions of the deadlines in the Court's Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Dkt. 4):

| Event | Original Deadline | New Deadline Requested |
|---|---|---|
| Initial Disclosures Pursuant to FRCP 26(a)(1) | 5/3/2024 | 6//7/2024 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Ruile 26(f) | 5/10/2024 | 6/14/2024 |

DATED: April 30, 2024

| DAVIS LAW GROUP, PS | MALONEY LAUERSDORF REINER, PC |
|---|---|
| By: /s/ Courtney K. Hansen<br>    Christopher M. Davis, WSBA #23234<br>    Courtney K. Hansen, WSBA #43872<br><br>Attorneys for Plaintiff | By: /s/ Katie D. Buxman<br>    Katie D. Buxman, WSBA #32867<br><br>Attorneys for Defendant Abdirazack A. Jamma and Jane Doe Jamma |
| BULLIVANT HOUSER BAILEY PC<br><br>By: /s/ Evelyn E. Winters<br>    Evelyn E. Winters, WSBA #44936<br>    E-mail: evelyn.winters@bullivant.com<br>    Vanessa G. Aaron, WSBA #60826 | |

STIPULATED MOTION TO CONTINUE INITIAL DISCOVERY DEADLINES
NO.: 2:24-CV-00418-RSM

PAGE 2

MALONEY | LAUERSDORF | REINER pc
1111 E. Burnside Street, Ste. 300
Portland, Oregon 97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

E-mail: vanessa.aaron@bullivant.com

Attorneys for Defendants Lyft, Inc., a foreign corporation, and Lyft, Inc., d/b/a Lyft Washington, Inc., a foreign corporation

## ORDER

IT IS SO ORDERED this 1st day of May, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO CONTINUE INITIAL DISCOVERY DEADLINES
NO.: 2:24-CV-00418-RSM

PAGE 3


1111 E. Burnside Street, Ste. 300
Portland, Oregon 97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

# CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2024, the STIPULATED MOTION TO CONTINUE INITIAL DISCOVERY DEADLINES was served on the following parties at the following address by sending to them a true copy thereof via the method indicated below:

| | |
|---|---|
| Courtney Hansen<br>Chris Davis<br>Davis Law Group PS<br>2101 4th Ave. #1030<br>Seattle, WA 98121<br>courtney@davislawgroupseattle.com<br>chris@davislawgroupseattle.com<br>*Of Attorneys for Plaintiffs* | Evelyn Winters<br>Vanessa Aaron<br>Bullivant Houser Bailey PC<br>925 4th Ave. #3800<br>Seattle, WA 98104<br>evelyn.winters@bullivant.com<br>vanessa.aaron@bullivant.com<br>*Of Attorneys for Lyft, Inc.* |

☒ by electronic means through the Court's ECF System on the date set forth above.

☐ by mailing a full, true and correct copy thereof in a sealed, first-class postage paid envelope, addressed to the attorneys as shown above, and deposited with the United States Postal Office at Portland, Oregon on the date set forth above.

☐ by emailing to each of the foregoing a copy thereof to the email address above.

MALONEY LAUERSDORF REINER, PC

By  /s/ Katie D. Buxman
    Katie D. Buxman WSBA #32867
    Email:  kb@mlrlegalteam.com
    Ryan P. Mattson, WSBA #56204
    Email:  rpm@mlrlegalteam.com

Of Attorneys for Defendants Jamma

CERTIFICATE OF SERVICE    PAGE 1
NO.: 2:24-CV-00418-RSM

MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon 97214
Telephone: 503.245.1518
Facsimile: 503.245.1417