THE HON. RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JACOB T. WILFONG, individually; and DONAMARIE N. WILFONG and DONALD J. WILFONG, individually and the marital community composed thereof,<br><br>Plaintiffs,<br><br>v.<br><br>LYFT, INC., a foreign corporation; LYFT, INC., d/b/a Lyft Washington, Inc., a foreign corporation; ABDIRAZACK A. JAMMA and JANE DOE JAMMA, individually and the marital community composed thereof; and ABDULKADIR A. OMAR and JANE DOE OMAR,<br><br>Defendants. | No.: 2:24-cv-00418-RSM<br><br>STIPULATED MOTION TO CONTINUE INITIAL DISCOVERY DEADLINES<br><br>Noted on Motion Calendar: June 6, 2024 |

## **STIPULATION**

Defendant Abdirazack A. Jamma and Jane Doe Jamma, and Plaintiffs Jacob T. Willfong, Donamarie N. Wilfong and Donald J. Wilfong, and Defendants Lyft, Inc., a foreign corporation, and Lyft, INC., d/b/a Lyft Washington, Inc., (collectively, the "Parties") respectfully request a short extension of the initial discovery

STIPULATED MOTION TO CONTINUE CURRENT DISCOVERY
DEADLINES PAGE 1
NO.: 2:24-CV-00418-RSM

MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon  97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

deadlines in this lawsuit.[1] Counsel for Plaintiffs and counsel for Defendant Jamma spoke with each other on May 28th via telephone and agreed to a 30-day extension on the current discovery deadlines. On May 29th, counsel for Defendant Lyft and Defendant Lyft, Inc., d/b/a Lyft Washington, Inc., a foreign corporation, also confirmed her agreement to the 30-day extension of the current discovery deadlines. The parties are attempting early resolution and settlement discussions before incurring the expense of formal discovery.

  Accordingly, the Parties believe that there is good cause under Federal Rule of Civil Procedure 6(b) and Local Civil Rule 10(g) for a continuance of the initial discovery deadlines.

  The Parties, through their counsel request and stipulate to the following proposed extensions of the deadlines in the Court's Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Dkt. 4):

///

///

///

///

///

///

///

///

---

[1] Defendants Abdulkadir A. Omar and Jane Doe Omar have not appeared in the case yet.

STIPULATED MOTION TO CONTINUE CURRENT DISCOVERY DEADLINES PAGE 2
NO.: 2:24-CV-00418-RSM

MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon 97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

| Event | Current Deadline | New Deadline Requested |
|---|---|---|
| Initial Disclosures Pursuant to FRCP 26(a)(1) | 06/07/2024 | 7/8/2024 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Rule 26(f) | 06/14/2024 | 7/15/2024 |

DAVIS LAW GROUP, PS

By:   /s/ Courtney K. Hansen
    Christopher M. Davis, WSBA #23234
    Courtney K. Hansen, WSBA #43872

Attorneys for Plaintiff

BULLIVANT HOUSER BAILEY PC

By:   /s/ Evelyn E. Winters
    Evelyn E. Winters, WSBA #44936
    E-mail: evelyn.winters@bullivant.com
    Vanessa G. Aaron, WSBA #60826
    E-mail: vanessa.aaron@bullivant.com

Attorneys for Defendants Lyft, Inc., a foreign corporation, and Lyft, Inc., d/b/a Lyft Washington, Inc., a foreign corporation

MALONEY LAUERSDORF REINER, PC

By:   /s/ Katie D. Buxman
    Katie D. Buxman, WSBA #32867
    Email: kb@mlrlegalteam.com

Attorneys for Defendant Abdirazack A. Jamma and Jane Doe Jamma

STIPULATED MOTION TO CONTINUE CURRENT DISCOVERY DEADLINES PAGE 3
NO.: 2:24-CV-00418-RSM

MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon 97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

**ORDER**

IT IS SO ORDERED this 6th day of June, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO CONTINUE CURRENT DISCOVERY
DEADLINES PAGE 4
NO.: 2:24-CV-00418-RSM

MALONEY | LAUERSDORF | REINER pc
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon 97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

**CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2024, the STIPULATED MOTION TO CONTINUE INITIAL DISCOVERY DEADLINES was served on the following parties at the following address by sending to them a true copy thereof via the method indicated below:

| Courtney Hansen<br>Chris Davis<br>Davis Law Group PS<br>2101 4th Ave. #1030<br>Seattle, WA 98121<br>courtney@davislawgroupseattle.com<br>chris@davislawgroupseattle.com<br>*Of Attorneys for Plaintiffs* | Evelyn Winters<br>Vanessa Aaron<br>Bullivant Houser Bailey PC<br>925 4th Ave. #3800<br>Seattle, WA 98104<br>evelyn.winters@bullivant.com<br>vanessa.aaron@bullivant.com<br>*Of Attorneys for Lyft, Inc.* |
|---|---|

X by electronic means through the Court's ECF System on the date set forth above.

☐ by mailing a full, true and correct copy thereof in a sealed, first-class postage paid envelope, addressed to the attorneys as shown above, and deposited with the United States Postal Office at Portland, Oregon on the date set forth above.

X by emailing to each of the foregoing a copy thereof to the email address above.

MALONEY LAUERSDORF REINER, PC

By /s/ Katie D. Buxman
Katie D. Buxman WSBA #32867
Email: kb@mlrlegalteam.com
Ryan P. Mattson, WSBA #56204
Email: rpm@mlrlegalteam.com

Of Attorneys for Defendants Jamma

CERTIFICATE OF SERVICE - PAGE 1
NO.: 2:24-CV-00418-RSM

MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon 97214
Telephone: 503.245.1518
Facsimile: 503.245.1417