t

THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JACOB T. WILFONG, individually; and DONAMARIE N. WILFONG and DONALD J. WILFONG, individually and the marital community composed thereof,<br><br>Plaintiffs,<br><br>v.<br><br>LYFT, INC., a foreign corporation; LYFT, INC., d/b/a Lyft Washington, Inc., a foreign corporation; ABDIRAZACK A. JAMMA and JANE DOE JAMMA, individually and the marital community composed thereof; and ABDULKADIR A. OMAR and JANE DOE OMAR,<br><br>Defendants. | No.: 2:24-cv-00418-RSM<br><br>STIPULATED MOTION TO DISMISS LYFT, INC.<br><br>Noted on Motion Calendar; July 11, 2024 |

## I. <u>STIPULATION</u>

Plaintiffs Jacob T. Wilfong, individually, and Donamarie N. Wilfong and Donald J. Wilfong, individually and the marital community composed thereof, and Defendant Lyft, Inc., by and through their counsel of record, hereby stipulate that all claims against Defendant Lyft, Inc. only may be dismissed with prejudice and without costs or/and attorney fees as to any party.

STIPULATED MOTION TO DISMISS
NO.: 2:24-CV-00418-RSM

PAGE 1

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

Respectfully Submitted this 11th day of July 2024.

DATED this 16th day of July, 2024.

BULLIVANT HOUSER BAILEY PC

/s/ Vanessa Aaron
Evelyn E. Winters, WSBA #44936
Vanessa G. Aaron, WSBA #60826
E-mails: evelyn.winters@bullivant.com
vanessa.aaron@bullivant.com

**Attorneys for Defendant Lyft, Inc.**

DATED this 16th day of July, 2024.

DAVIS LAW GROUP, P.S.

/s Courtney K. Hansen
Christopher M. Davis, WSBA #23234
Courtney K. Hansen, WSBA #43872
E-mails: chris@davislawgroupseattle.com
courtney@davislawgroupseattle.com

**Attorneys for Plaintiffs**

## II.  ORDER

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all claims by and between Plaintiffs and Defendant Lyft, Inc., only in the above-entitled action are dismissed with prejudice as to all parties, and without award of costs or fees to either of the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATED this 16th day of July 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO DISMISS
NO.: 2:24-CV-00418-RSM

PAGE 2

Bullivant|Houser|Bailey PC
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

**CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2024, I electronically filed the foregoing Stipulated Motion to Dismiss Lyft with the Clerk of the Court using the CM/ECF e-filing system which will send notification of such filing to the persons listed below:

| | |
|---|---|
| Christopher M. Davis, WSBA No. 23234<br>Courtney K. Hansen, WSBA No. 43872<br>Davis Law Group, P.S.<br>2101 Fourth Avenue, Suite 1030<br>Seattle, WA 98121<br>Email: chris@davislawgroupseattle.com<br>courtney@davislawgroupseattle.com | ☐ via hand delivery.<br>☐ via first class mail.<br>☒ via email<br>☒ CM/ECF E-service |

**Attorneys for Plaintiffs**

| | |
|---|---|
| Katie D. Buxman, WSBA #32867<br>Maloney Lauersdorf Reiner, PC<br>1111 E. Burnside Street, Ste. 300<br>Portland, OR 97214<br>Email: kb@mlrlegalteam.com<br>lr@mlrlegalteam.com<br>ms@mlrlegalteam.com | ☐ via hand delivery.<br>☐ via first class mail.<br>☒ via email<br>☒ CM/ECF E-service |

**Attorneys for Defendants Abdirazack A. Jamma and Jane Doe Jamma**

DATED July 16, 2024.

By  */s/ Kristy Carlton*
　　Kristy Carlton, Legal Assistant

1